UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ABDELLAH BOUZZI, LUIS GUAMAN, RAUL            :
ECHEVARRIA, YOLANDA CASTRO, and               :
MARIO RAMALEZ on behalf of themselves         :    Case No. CV 10-0457 (DLI) (CLP)
individually, and on behalf of all similarly situated :
employees,                                    :
                                              :
                          Plaintiffs,         :    **DEMAND FOR JURY TRIAL**
                                              :
       - against -                            :
                                              :
F & J PINE RESTAURANT, LLC, d/b/a THE         :
PINE RESTAURANT GROUP and/or THE PINE         :
RESTAURANT; THE PINE RESTAURANT               :
GROUP; THE PINE RESTAURANT; CHARLES           :
ROSE, in his official and individual capacities; :
ANTHONY BASTONE, in his official and          :
individual capacities; and DOES 1-5 d/b/a THE :
PINE RESTAURANT,                              :
                                              :
                          Defendants.         :
                                              :
-----------------------------------------------------------------X

     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury on all questions of fact and damages raised by the Complaint.

Dated: February 12, 2010
      New York, New York

                                               Respectfully submitted,

                                               THOMPSON WIGDOR & GILLY LLP

                             By:     ___/s/ Eyad Asad_____
                                               Kenneth P. Thompson (KP 6026)
                                               Douglas H. Wigdor (DW 9737)
                                               Scott B. Gilly (SG 6861)
                                               Eyad Asad (EA 5009)
                                               85 Fifth Avenue
                                               New York, NY  10003
                                               (212) 257-6800 (Main)
                                               (212) 257-6845 (Fax)

                                               COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I, Eyad Asad, hereby certify that on this 12th day of 2010, I caused to be served Plaintiffs' Demand for Jury Trial by facsimile and regular mail upon:

> Philip Davidoff
> Ford & Harrison LLP
> 100 Park Avenue
> New York, New York 10017
> Facsimile: (212) 453-5959
>
> Counsel for Defendants

                                                              _____/s/ Eyad Asad_____
                                                                       Eyad Asad