UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ABDELLAH BOUZZI, et al.,

                              Plaintiffs,

    -against-

F& J PINE RESTAURANT, LLC, et al.,

                              Defendants.
------------------------------------------------------------X

**NOTICE OF CONSENT**

Case No.   CV 10-0457
           (DLI) (CLP)

I hereby consent to join as a party plaintiff in the above-named case seeking damages and other relief that may be appropriate against Pine Restaurant Group for its alleged violations of the Fair Labor Standards Act, and designate the named plaintiffs as my agent to make decisions on my behalf concerning the lawsuit, the method and manner of conducting the lawsuit, entering into an agreement with the named plaintiffs' counsel concerning attorneys' fees and costs, entering into a settlement agreement with the defendants, and all other matters pertaining to this lawsuit.  I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in the case, whether favorable to me or not.

Name:        Noé Vergara-Campos

Address:     41-33 Forley St.
                Elmhurst, NY 11373

Telephone:  (347) 220-9838

Signature:   _____

Date:        April 26, 2010