UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ABDELLAH BOUZZI, LUIS GUAMAN,
individually, and on behalf of all similarly
situated employees,

                                  Plaintiffs,

     v.

PINE RESTAURANT GROUP; CHARLES ROSE,
in his official and individual capacities; and
ANTHONY BASTONE in his official and,
individual capacities,

                                  Defendants.

----------------------------------------------------------------X

**NOTICE OF CONSENT**

Case No. CV 10-0457 (DLI) (CLP)

      I hereby consent to join as a party Plaintiff in the above-named case seeking damages and other relief that may be appropriate against Defendants for their alleged violations of the Fair Labor Standards Act, and designate the named Plaintiffs as my agent to make decisions on my behalf concerning the lawsuit, the method and manner of conducting the lawsuit, entering into an agreement with the named Plaintiffs' counsel concerning attorneys' fees and costs, entering into a settlement agreement with the Defendants, and all other matters pertaining to this lawsuit. I understand that by filing this Notice of Consent, I will be bound by the judgment of the Court on all issues in the case, whether favorable to me or not.

Name:         Mildred Santana

Address:      102-20 Corona Ave
                 Queens, New York 11368

Telephone:  (718)-699-3439

Signature:   _/s/ Mildred Santana_____

Date:         October 25, 2010