**TRIVELLA & FORTE, LLP**
**ATTORNEYS AT LAW**
1311 Mamaroneck Avenue, Suite 170
White Plains, New York 10605
(914) 949-9075
Telecopier (914) 949-4752

March 3, 2011

**VIA ECF:**

**JUDGE DORA L. IRIZARRY**
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Bouzzi v F&J Pine Restaurant, LLC 10 CV-457-Defendants Withdraw their Motion to Dismiss the Amended Complaint without Prejudice

Dear Judge Irizarry:

      This office represents the Defendants in this action.  Please be advised that Defendants hereby withdraw their motion to dismiss the Amended Complaint in this action without prejudice.

      Sincerely,

      **TRIVELLA & FORTE, LLP**

      /s/*Christopher Smith*

      Christopher Smith, Of Counsel

CAS/ac
cc:  S. Gilley, Esq. (Attorney for Plaintiff) (via electronic mail)