# TRIVELLA & FORTE, LLP
### ATTORNEYS AT LAW
1311 MAMARONECK AVENUE, SUITE 170
WHITE PLAINS, NEW YORK 10605
(914) 949-9075
TELECOPIER (914) 949-4752

March 9, 2011

**VIA ECF & FASCIMILE**
**718-613-2365:**
Chambers of the Honorable
Magistrate Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, New York 11201

  Re: **Abdellah Bouzzi, et al. v. F&J Pine Restaurant, LLC et al.**
     **Case No.: 10 CV 0457 (DLI) (CLP)**

Dear Judge Pollak:

  This office represents the Defendants. Defendants request an extension to 3/18/11 of the 3/9/11 deadline to file opposition papers to Plaintiffs' Notice of Motion for, *inter alia*, preliminary certification of a collective action. I emailed Plaintiffs' counsel to determine if they consent to the extension today but I have yet to hear from them. No prejudice to any party results from the extension, and oral argument is not scheduled until April 7, 2011. This is Defendants' first request for an extension of time regarding this motion. I need the additional time to confer with the Defendants further regarding the facts alleged in Plaintiffs' motion and many paged exhibits in support, and due to the press of work in this office and a state trial I have scheduled for next week which requires my attention. I don't anticipate an additional extension request.

  Thank you for the Court's kind attention to this matter. Please notify this office of the Court's decision.

            Very truly yours,

            TRIVELLA & FORTE, LLP

            /s/ *Christopher A. Smith*

            Christopher A. Smith, Of Counsel (CS 9014)

cc: Ambika Ganesh, Esq. (Plaintiffs' counsel)
   (via facsimile 212-257-6845 and electronic mail)