US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 4/7/11

TIME SPENT: _____

DOCKET NO. 10 cv 457

CASE: Bouzzi v FJ Pine

\_\_\_\_\_ INITIAL CONFERENCE           \_\_\_\_\_ OTHER/STATUS CONFERENCE
\_\_\_\_\_ DISCOVERY CONFERENCE         \_\_\_\_\_ FINAL/PRETRIAL CONFERENCE
\_\_\_\_\_ SETTLEMENT CONFERENCE        \_\_\_\_\_ TELEPHONE CONFERENCE
\_\_\_\_\_ MOTION HEARING               \_\_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

\_\_\_\_\_ COMPLETED          \_\_\_\_\_ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

\_\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____
\_\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____
\_\_\_\_\_ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____         DEF. TO SERVE PL. BY: _____

**RULINGS:**

Oral argument on certificate motion held

Decision reserved

Df. may submit supplemental letter by 4/15; response 4/20