

**Thompson Wigdor & Gilly LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.twglaw.com

**Douglas H. Wigdor**
dwigdor@twglaw.com

June 2, 2011

**VIA ECF**

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Bouzzi et al. v. F&J Pine Restaurant, LLC et al., No.: 10-cv-00457 (DLI)(CLP)

Dear Judge Irizarry:

We represent the Plaintiffs in the above-referenced matter. Pursuant to Local Civil Rule 1.4, we write to respectfully request that the Court issue an order directing that Scott B. Gilly be withdrawn as attorney of record for the Plaintiff as they are no longer affiliated with the Firm. In their place, Kenneth P. Thompson and Douglas H. Wigdor have entered appearances on behalf of the Plaintiffs.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

Douglas H. Wigdor

cc:    Christopher A. Smith, Esq. (*via ECF*)