

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Basil C. Sitaras**
bsitaras@thompsonwigdor.com

July 18, 2011

**VIA ECF**

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Bouzzi, et al. v. F&J Pine Restaurant LLC, et al., 10-CV-00457 (DLI)(CLP)</u>

Dear Judge Pollak:

As Your Honor is aware, we represent Plaintiffs in the above-referenced action.  We write in furtherance of Defendants' July 18, 2011 letter, which requests that the Court permit the parties' settlement agreement to remain confidential and to place the settlement agreement under seal. As stated by counsel for Defendants, Christopher Smith, Esq., Plaintiffs do not oppose this request.  Moreover, we can confirm that confidentiality was a negotiated term of the settlement.

Thank you for your consideration in this regard.

Respectfully submitted,

    /s/
Basil C. Sitaras


cc:    Christopher Smith, Esq. (via ECF)