

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Basil C. Sitaras**
bsitaras@thompsonwigdor.com

August 29, 2011

**VIA ECF**

The Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: <u>Bouzzi, et al. v. F&J Pine Restaurant LLC, et al.</u>, 10-CV-00457 (DLI)(CLP)

Dear Judge Pollak:

As Your Honor is aware, we represent Plaintiffs in the above-referenced action.  We write in furtherance of Defendants' August 26, 2011 letter, which requests that the Court issue an Order "sealing Schedules A and B of the settlement agreement together with the total settlement amount and the amount of the settlement checks."  As stated by counsel for Defendants, Christopher Smith, Esq., Plaintiffs do not oppose this request.  Moreover, Plaintiffs respectfully submit that they have no objections to Your Honor's August 19, 2011 Report and Recommendation.

Thank you for your consideration in this regard.

Respectfully submitted,

 /s/
Basil C. Sitaras


cc: Christopher Smith, Esq. (via ECF)